PETER D. CONKLIN, *Appellant, v.* THE NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, *Respondent.*— Order dismissing complaint and judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

CHARLES C. PRINCE, *Respondent, v.* DAVID D. ACKER and others, *Appellants.*— Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

THOMAS HAYES, *Respondent, v.* THE BUSH AND DENSLOW MANUFACTURING COMPANY, *Appellant.*— Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.

FREDERICK KROPP, *Respondent, v.* ADELIA JACKSON, *Appellant.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

DAVID CARLL, *Respondent, v.* WHITSON OAKLEY and another, *Appellants.*— Appeal from judgment and orders amending the same, order confirming the second report of the referee and order granting allowances dismissed, with ten dollars costs. Opinion by BARNARD, P. J.

MARTHA A. BEALES, *as Executrix, etc., v.* JAMES LYONS, *Appellant.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.

IDA J. ROSS, *Appellant, v.* JOSEPH ROSS, Jr., *Respondent.*— Order releasing defendant from arrest reversed, with leave to apply at Special Term for defendant's release; twenty days' stay to make the application. Opinions by DYKMAN and PRATT, JJ.; BARNARD, P. J., not sitting.

JOHN A. HUSSON, *Respondent, v.* WILLIAM G. OPPENHEIM, *Appellant.*— Judgment affirmed, with costs. Opinion by PRATT, J.

IDA J. ROSS, *Appellant, v.* JOSEPH ROSS, Jr, *Respondent.*— Motion to correct General Term order denied. Opinion by DYKMAN, J.; PRATT, J., not sitting.

MARY POWERS, *Administratrix, etc., Appellant, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.*— Order refusing new trial reversed, and new trial granted, costs to abide event. Opinion by PRATT, J.; DYKMAN, J., not sitting.

JOHN A. LAMBERT, *Executor, etc., Respondent, v.* HORACE CRAFT, *Executor, etc., Appellant.*— Decree of surrogate affirmed, with costs. Opinion by DYKMAN, J.

SHERMAN C. ABRAMSON, *by Guardian, Respondent, v.* FRANK J. DUPIGNAC, *Appellant.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.

SUSAN BEDELL, *Administratrix, etc., Appellant, v.* THE LONG ISLAND RAILROAD COMPANY, *Respondent.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.